**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case: **2:26-cr-20436** |
| | Assigned To : **Drain, Gershwin A.** |
| Plaintiff, | Referral Judge: **Altman, Kimberly G.** |
| v. | Assign. Date : **7/9/2026** |
| | Description: **INDI USA v. Harten, et al (jo)** |
| JAMAR LEE HARTEN, | |
| | VIOLATIONS: |
| TABITHA BRITTANY SCOTT, | |
| | 18 U.S.C. § 371 |
| TYREE DARRELL MONROE JR., | |
| | 26 U.S.C. § 7206(2) |
| Defendants. | |

**INDICTMENT**

F I L E D

JUL - 9 2026

CLERK'S OFFICE
DETROIT

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
**(Conspiracy to Defraud the United States)**

Introduction

At all times relevant to this Indictment, unless otherwise indicated:

1.       The defendant, JAMAR LEE HARTEN ("defendant HARTEN"), a resident of Shelby Township, Michigan, within the Eastern District of Michigan, owned and operated multiple tax preparation businesses, including First Class Tax And Consulting ("First Class") and Get Max Tax ("Get Max"), both Madison Heights, Michigan tax preparation businesses. Through First Class and Get Max, defendant HARTEN prepared and caused to be prepared, filed, and caused to be filed, Forms 1040, U.S. Individual Income Tax

Returns ("Forms 1040"), and related Schedules and Forms, on behalf of client-taxpayers for submission to the Internal Revenue Service ("IRS").

2.     The defendant, TABITHA BRITTANY SCOTT ("defendant SCOTT"), a resident of Davisburg, Michigan, within the Eastern District of Michigan, owned and operated Key Advisors LLC ("Key Advisors"), a Southfield, Michigan tax preparation business. Prior to owning and operating Key Advisors, defendant SCOTT worked as a tax return preparer for First Class and Get Max. Through Key Advisors, First Class, and Get Max, defendant SCOTT prepared, and caused to be prepared, filed, and caused to be filed, Forms 1040 and related Schedules and Forms on behalf of client-taxpayers for submission to the IRS. Defendant SCOTT was married to defendant HARTEN from in or around 2018 to in or around 2023.

3.     The defendant, TYREE DARRELL MONROE JR. ("defendant MONROE"), a resident of Detroit, Michigan, worked as a tax return preparer for First Class. Through First Class, defendant MONROE prepared, and caused to be prepared, filed, and caused to be filed, Forms 1040, and related Schedules and Forms, on behalf of client-taxpayers for submission to the IRS.

4.     The IRS was an agency of the United States Department of the Treasury responsible for administering the tax laws of the United States and collecting taxes owed to the United States.

5.     A Preparer Tax Identification Number ("PTIN") was a unique, eight-digit identification number issued by the IRS to any person who was paid to prepare federal

2

tax returns. All paid tax preparers were required to have a valid individual PTIN and include it on any federal tax return or claim for refund they prepared. An office or firm could not have a single, shared PTIN for all its preparers.

6.      An Electronic Filing Identification Number ("EFIN") was a number issued by the IRS to individuals or firms that have been approved as authorized IRS electronic filing ("e-file") providers.

7.      The IRS e-file program allowed tax preparers to electronically file ("e-file") Forms 1040, as well as related Forms and Schedules, with the IRS on behalf of client-taxpayers. The IRS required tax preparers to have a valid EFIN to e-file tax returns for client-taxpayers. Without a valid EFIN, the IRS's systems would not accept an electronically filed return.

8.      Co-conspirator 1, who is not charged herein, was a resident of Warren, Michigan. Co-conspirator 1 owned and operated Entity 1, a tax return preparation business located in Oak Park, Michigan. Through Entity 1, Co-conspirator 1 prepared, and caused to be prepared, filed, and caused to be filed, Forms 1040 and related Schedules and Forms on behalf of client-taxpayers for submission to the IRS. As a person who prepared, assisted in preparing, and electronically filed ("e-filed") tax returns for client-taxpayers, Co-conspirator 1 maintained a unique PTIN number PXXXXX576, assigned to her by the IRS.

9.      Individual 1, whose identity is known to the Grand Jury, was a client of Entity 1. Co-conspirator 1 applied for a PTIN using Individual 1's name and social security

3

number on or about January 23, 2023.   The IRS issued Individual 1 PTIN number PXXXXX849.

10.    A Form 1040 was an annual income tax return that a United States taxpayer submitted to the IRS on a yearly basis for the purpose of reporting income and claiming deductions and credits to determine the taxpayer's federal income tax liability or refund was used by U.S. taxpayers to file an annual income tax return.

11.    Form 1040-SR, U.S. Tax Return for Seniors, was an optional alternative to using a Form 1040 for taxpayers who are age 65 or older.

12.    A Schedule A, Itemized Deductions, ("Schedule A") was an IRS form attached to a Form 1040, when applicable, used to claim certain itemized deductions.

13.    A Schedule C, Profit or Loss from Business (Sole Proprietorship), ("Schedule C") was an IRS form attached to a Form 1040, when applicable, to report income or loss from a business operated by the taxpayer or a profession practiced as a sole proprietor.

14.    A Schedule E, Supplemental Income and Loss, ("Schedule E") was an IRS form attached to a Form 1040 to report income or loss from rental real estate, royalties, partnerships, S corporations, estates, trusts, and residual interests in real estate mortgage investment conduits.

15.    A Form 2441, Child and Dependent Care Expenses, ("Form 2441") was an IRS Form attached to a Form 1040, when applicable, to claim tax credits for child and dependent care expenses in certain circumstances.

4

16. A Form 4136, Credit for Federal Tax Paid on Fuels, ("Form 4136") was an IRS form used to claim the alternative fuel credit, a credit for certain nontaxable uses or sales of fuel, and a credit for blending a diesel-water fuel emulsion.

17. A Form 7202, Credits for Sick Leave and Family Leave for Certain Self-Employed Individuals, ("Form 7202") was an IRS form attached to a Form 1040, when applicable, used to figure the amount to claim for qualified sick and family leave equivalent credits if a taxpayer was unable to perform services as an eligible self-employed individual due to certain COVID-19 related circumstances between January 1, 2021, and September 30, 2021.

18. The qualified sick and family leave credits were U.S. federal tax credits created under the Families First Coronavirus Response Act ("FFCRA") and extended by the American Rescue Plan Act ("ARPA") to reimburse eligible small and midsize businesses and self-employed individuals for the cost of providing paid sick and family leave related to COVID-19. The credits were designed to help businesses cover the costs of providing paid leave to employees unable to work due to specific COVID-19 reasons (such as quarantine orders, symptoms, caring for an isolated family member, or a child whose school/care provider was closed), while also encouraging sick individuals to stay home and helping prevent the spread of the virus. Generally, businesses and tax-exempt organizations with fewer than 500 employees were eligible to claim fully refundable credits. Eligible self-employed individuals could claim comparable credits against their federal income tax for income lost due to qualifying COVID-19 reasons, using Form 7202.

5

19. A Schedule 3, Additional Credits and Payments, ("Schedule 3") was an IRS form attached to a Form 1040, when applicable, to claim certain tax credits or report certain tax payments.

20. A Schedule H, Household Employment Taxes, ("Schedule H") was an IRS form attached to a Form 1040, when applicable, to report household employment taxes if the taxpayer paid wages to a household employee and the wages were subject to social security, Medicare, or Federal Unemployment Tax Act ("FUTA") taxes, or if the taxpayer withheld federal income taxes.

## STATUTORY ALLEGATIONS

21. From at least in or about 2021 and continuing to at least 2023, in the Eastern District of Michigan and elsewhere, the defendants,

**JAMAR LEE HARTEN, TABITHA BRITTANY SCOTT, and
TYREE DARRELL MONROE, JR.**

did unlawfully, voluntarily, intentionally, and knowingly conspire, combine, confederate, and agree together and with each other, and with other individuals both known and unknown to the Grand Jury, to defraud the United States by impeding, impairing, obstructing, and defeating the lawful Government functions of the Internal Revenue Service of the Department of the Treasury in the ascertainment, computation, assessment, and collection of the revenue: namely, income taxes.

6

## MANNER AND MEANS

It was part of the conspiracy that:

22.     Defendants HARTEN, SCOTT, AND MONROE, and their co-conspirators, sought to accomplish the objects of the conspiracy through the following manner and means, among others by:

a.  Preparing, causing to be prepared, filing, and causing to be filed, false and fraudulent income tax returns for client-taxpayers to get refunds for clients who were not eligible for refunds, who otherwise would owe a tax, or to get larger refunds than the clients were entitled to. The tax returns were false in that they included one or more of the following falsities:

   i.  Reported Schedule A deductions which the client-taxpayers did not incur, or inflated actual deductions of the client-taxpayers;

   ii.  Reported Schedule C businesses the client-taxpayers did not own, operate, and materially participate in;

   iii.  Understated gross receipts for Schedule C businesses the client-taxpayers actually owned and operated;

   iv.  Reported Schedule E supplemental income and expenses the client-taxpayers did not receive and incur;

7

      v.  Reported Schedule H wages the client-taxpayers did not pay to household employees;

      vi.  Reported Schedule 3 credits the client-taxpayers were not entitled to and payments they did not make;

      vii.  Reported Form 7202 qualifying sick and family leave credits the client-taxpayers were not entitled to;

      viii.  Reported Form 4136 credits for federal tax paid on fuels the client-taxpayers were not entitled to and did not incur; and

      ix.  Reported Form 2441 child and dependent care expenses the client-taxpayers did not incur.

b.  Preparing, causing to be prepared, and filing, and causing to be filed, tax returns using PTINs issued to individuals other than the actual preparer of each tax return.

c.  Causing Co-conspirator 1 and Entity 1 to file tax returns prepared by defendants HARTEN, SCOTT, and MONROE using Individual 1's PTIN and Entity 1's EFIN.

## **OVERT ACTS**

23.    In furtherance of the conspiracy, and to affect the objects thereof, defendants HARTEN, SCOTT, and MONROE, and their co-conspirators, committed and caused to be committed the following overt acts in the Eastern District of Michigan and elsewhere:

a. Prepared, caused to be prepared, filed, and caused to be filed, the
following federal income tax returns, each of which contained
fraudulent information:

| Client | Tax Year | Approx. Filing Date | Tax Return Preparer |
|---|---|---|---|
| N.J. | 2021 | March 7, 2022 | Harten |
| N.J. | 2022 | March 14, 2023 | Harten |
| T.C. | 2022 | February 20, 2023 | Harten |
| A.D. | 2022 | February 20, 2023 | Harten |
| Z.F. | 2022 | April 4, 2023 | Harten |
| M.M. | 2022 | March 17, 2023 | Harten |
| R.W. | 2022 | March 2, 2023 | Harten |
| B.T. | 2021 | March 7, 2022 | Scott |
| B.T. | 2022 | February 4, 2023 | Scott |
| B.A. | 2021 | January 28, 2022 | Scott |
| B.A. | 2022 | March 9, 2023 | Scott |
| S.B. | 2022 | February 16, 2023 | Scott |
| Q.H. | 2021 | June 29, 2023 | Scott |
| Q.H. | 2022 | June 1, 2023 | Scott |
| L.R.W. | 2021 | March 2, 2022 | Scott |
| L.R.W. | 2022 | February 13, 2023 | Scott |
| K.S. | 2022 | February 16, 2023 | Monroe |
| K.E. | 2022 | February 22, 2023 | Monroe |
| R.H. | 2022 | March 29, 2023 | Monroe |
| N.T. | 2022 | March 28, 2023 | Monroe |
| T.M. | 2022 | February 21, 2023 | Monroe |
| C.H. | 2022 | February 16, 2023 | Monroe |

b. Prepared, caused to be prepared, filed, and caused to be filed, the
following federal income tax returns, each of which contained a
PTIN (PXXXXX849) assigned to Individual 1:

9

| Client | Tax Year | Approx. Filing Date | Return Preparer |
|--------|----------|---------------------|-----------------|
| T.C. | 2022 | February 20, 2023 | Harten |
| A.D. | 2022 | February 20, 2023 | Harten |
| Z.F. | 2022 | April 4, 2023 | Harten |
| M.M. | 2022 | March 17, 2023 | Harten |
| R.W. | 2022 | March 2, 2023 | Harten |
| B.A. | 2022 | March 9, 2023 | Scott |
| S.B. | 2022 | February 16, 2023 | Scott |
| Q.H. | 2021 | June 29, 2023 | Scott |
| Q.H. | 2022 | June 1, 2023 | Scott |
| K.S. | 2022 | February 16, 2023 | Monroe |
| K.E. | 2022 | February 22, 2023 | Monroe |
| R.H. | 2022 | March 29, 2023 | Monroe |
| N.T. | 2022 | March 28, 2023 | Monroe |
| T.M. | 2022 | February 21, 2023 | Monroe |
| C.H. | 2022 | February 16, 2023 | Monroe |

c. On or about January 23, 2023, Co-conspirator 1 sent a picture of Individual 1's PTIN information via text message to defendant HARTEN.

d. On or about January 28, 2023, Co-conspirator 1 sent a text message to defendant HARTEN stating "U gotta teach me the itemized deductions."

e. After the January 28, 2023 text, Co-conspirator 1 prepared tax year 2022 Forms 1040 for taxpayer-clients S.B., M. V., and C. V. which included fraudulent Schedules A for taxpayer-clients. All three of the fraudulent Schedules A listed fraudulent medical and dental expenses on Line 1 of the Schedules A.

10

f.  On or about March 29, 2023, defendant SCOTT sent a message to Co-conspirator 1 stating, "Hey babe. How you doing? [T.H.J.] said you printed her check? Also I did her under your profile but she wasn't like the others we are doing under yours as far as the $500 cut. I asked Jamar if I did some under your profile like you did under ours and for the full cut would that be an issue and he said no. I charged her $1000. He said you sent $500. Are you able to send the $500 for her? I did a few other people like that and he said it shouldn't be an issue because he gave you your full amount for clients you did under the profile."

g.  On or about May 1, 2023, defendant SCOTT sent a message to Co-conspirator 1 stating, "Hey honey, do you have access to the email for the [Individual 1] account? I need the code trying to get in and Jamars not answering."

h.  On or about December 12, 2023, Co-conspirator 1 sent a text message to defendant HARTEN stating, "[Individual 1] doesn't want his name used this year. Defendant HARTEN replied, "Huh." Co-conspirator 1 then replied, "The PTIN on the fuel."

**(In violation of Title 18, United States Code, Section 371)**

11

## COUNTS TWO THROUGH EIGHT
(Aiding and Assisting in the Preparation and Presentation of
False Tax Returns)

The Grand Jury further charges:

24.     The allegations contained in paragraphs 1 through 20, and 22 through 23 of this Indictment are repeated and realleged as if fully set herein.

25.     On or about the dates set forth below, in the Eastern District of Michigan and elsewhere, the defendant, JAMAR LEE HARTEN, willfully aided and assisted in, and procured, counseled, and advised the preparation and presentation to the Internal Revenue Service of U.S. Individual Income Tax Returns, Forms 1040, and attached schedules and forms, for the taxpayers and calendar years set forth below, which were false and fraudulent as to a material matter. The tax returns represented in the Forms 1040 and attached Schedules and Forms, that the client-taxpayers were entitled to claim the deductions and credits set forth below, whereas defendant HARTEN knew said client-taxpayers were not entitled to claim the deductions and credits in the claimed amounts.

| Count | Client-Taxpayer | Tax Year | Approx. Filing Date | False Items |
|---|---|---|---|---|
| 2 | N.J. | 2021 | March 7, 2022 | 1) Form 7202<br>2) Form 1040, Schedule 3, Line 15 |
| 3 | N.J. | 2022 | March 14, 2023 | 1) Form 4136, Line 1a, column (c)<br>2) Form 1040, Schedule 3, Line 15 |
| 4 | T.C. | 2022 | February 20, 2023 | 1) Form 4136, Line 3a, column (c)<br>2) Form 1040, Schedule 3, Line 15 |

12

| | | | | 3) Schedule C |
|---|---|---|---|---|
| 5 | A.D. | 2022 | February 20, 2023 | 1) Form 4136, Line 3a, column (c)<br>2) Form 1040, Schedule 3, Line 15<br>3) Schedule A, Line 1<br>4) Schedule C |
| 6 | Z.F. | 2022 | April 4, 2023 | 1) Form 4136, Line 3a, column (c)<br>2) Form 1040, Schedule 3, Line 15<br>3) Schedule C |
| 7 | M.M. | 2022 | March 17, 2023 | 1) Form 4136, Line 3a, column (c)<br>2) Form 1040, Schedule 3, Line 15<br>3) Schedule C |
| 8 | R.W. | 2022 | March 2, 2023 | 1) Form 4136, Line 3a, column c<br>2) Form 1040, Schedule 3, Line 15<br>3) Schedule A, Line 1<br>4) Schedule C |

**In violation of Title 26, United States Code, Section 7206(2).**

## COUNTS NINE THROUGH TWENTY-TWO
(Aiding and Assisting in the Preparation and Presentation of
False Tax Returns)

The Grand Jury further charges:

26.     The allegations contained in paragraphs 1 through 20, and 22 through 23 of this Indictment are repeated and realleged and incorporated as if fully set forth herein.

27.     On or about the dates set forth below, in the Eastern District of Michigan and elsewhere, the defendant, TABITHA BRITTANY SCOTT, willfully aided and assisted in, and procured, counseled, and advised the preparation and presentation to the

13

Internal Revenue Service of U.S. Individual Income Tax Returns, Forms 1040, and attached schedules and forms, for the taxpayers and calendar years set forth below, which were false and fraudulent as to a material matter. The tax returns represented on the Forms 1040 and attached Schedules and Forms, that the client-taxpayers were entitled to claim the deductions and credits set forth below, whereas defendant SCOTT knew said client-taxpayers were not entitled to claim the deductions and credits in the claimed amounts.

| Count | Client-Taxpayer | Tax Year | Approx. Filing Date | False Items |
|---|---|---|---|---|
| 9 | B.T. | 2021 | March 7, 2022 | 1) Form 2441, Line 2, column (c)<br>2) Schedule C |
| 10 | B.T. | 2022 | February 4, 2023 | 1) Schedule C |
| 11 | B.T. | 2023 | March 15, 2024 | 1) Schedule H<br>2) Form 1040, Schedule 3, Line 15 |
| 12 | S.O. | 2023 | March 6, 2024 | 1) Schedule E<br>2) Schedule H<br>3) Form 1040, Schedule 3, Line 15 |
| 13 | B.A. | 2021 | January 28, 2022 | 1) Schedule C |
| 14 | B.A. | 2022 | March 9, 2023 | 1) Form 4136, Line 3a(c)<br>2) Form 1040, Schedule 3, Line 15<br>3) Schedule C |
| 15 | B.A. | 2023 | February 14, 2024 | 1) Schedule H<br>2) Form 1040, Schedule 3, Line 15 |
| 16 | S.B. | 2022 | February 16, 2023 | 1) Form 4136, Line 1a, column (c)<br>2) Form 1040, Schedule 3, Line 15<br>3) Schedule C |
| 17 | S.B. | 2023 | March 6, 2024 | 1) Schedule C<br>2) False Dependent |
| 18 | Q.H. | 2021 | June 29, 2023 | 1) Form 4136, Line 3a, column (c) |

| | | | | |
|---|---|---|---|---|
| | | | | 2) Form 1040, Schedule 3, Line 15<br>3) Schedule C |
| 19 | Q.H. | 2022 | June 1, 2023 | 1) Form 4136, Line 3a, column (c)<br>2) Form 1040, Schedule 3, Line 15<br>3) Schedule C |
| 20 | L.R.W. | 2021 | March 2, 2022 | 1) Schedule C<br>2) Form 7202<br>3) Form 1040, Schedule 3, Line 15 |
| 21 | L.R.W. | 2022 | February 13, 2023 | 1) Schedule C |
| 22 | L.R.W. | 2023 | February 13, 2024 | 1) Schedule H<br>2) Form 1040, Schedule 3, Line 15 |

**In violation of Title 26, United States Code, Section 7206(2).**

### COUNTS TWENTY-THREE THROUGH TWENTY-EIGHT
(Aiding and Assisting in the Preparation and Presentation of a
False Tax Return)

The Grand Jury further charges:

25. The allegations contained in paragraphs 1 through 20, and 22 through 23 of this Indictment are repeated and realleged and incorporated as if fully set forth herein.

26. On or about the date set forth below, in the Eastern District of Michigan and elsewhere, the defendant, TYREE DARRELL MONROE JR, willfully aided and assisted in, and procured, counseled, and advised the preparation and presentation to the Internal Revenue Service of U.S. Individual Income Tax Returns, Forms 1040, and attached schedules and forms, for the taxpayers and calendar years set forth below, which were false and fraudulent as to a material matter. The tax returns represented on the Forms 1040 and attached Schedules and Forms, that the client-taxpayers were entitled to claim the deductions

15

and credits set forth below, whereas, as defendant MONROE knew said client-taxpayers were not entitled to claim the deductions and credits in the claimed amounts.

| Count | Client-Taxpayer | Tax Year | Approx. Filing Date | False Items |
|---|---|---|---|---|
| 23 | K.S. | 2022 | February 16, 2023 | 1) Form 4136, Line 3a, column (c)<br>2) Form 1040, Schedule 3, Line 15<br>3) Schedule C |
| 24 | K.E. | 2022 | February 22, 2023 | 1) Form 4136, Line 3a, column (c)<br>2) Form 1040, Schedule 3, Line 15<br>3) Schedule C |
| 25 | R.H. | 2022 | March 29, 2023 | 1) Form 4136, Line 3a, column (c)<br>2) Form 1040, Schedule 3, Line 15 |
| 26 | N.T. | 2022 | March 28, 2023 | 1) Form 4136, Line 3a, column (c)<br>2) Form 1040, Schedule 3, Line 15<br>3) Schedule C |
| 27 | T.M. | 2022 | February 21, 2023 | 1) Form 4136, Line 3a, column (c)<br>2) Form 1040, Schedule 3, Line 15<br>3) Schedule C |
| 28 | C. H. | 2022 | February 16, 2023 | 1) Form 4136, Line 3a, Column (c)<br>2) Form 1040, Schedule 3, Line 15<br>3) Schedule C, Line 31 |

**In violation of Title 26, United States Code, Section 7206(2).**

16

Dated: **JUL - 9 2026**           A True Bill.

s/Grand Jury Foreperson

Grand Jury Foreperson

A. Tysen Duva
Assistant Attorney General
Dept of Justice
Criminal Division

/s/*Christopher P. O'Donnell*
CHRISTOPHER P. O'DONNELL
Trial Attorney
U.S. Dept of Justice
Criminal Division
Tax Section

17